**Kareem NAGIB, Petitioner–Appellant,**

v.

**R.D. ANDREWS, Respondent–Appellee.**

**No. 01–17374.**

**D.C. No. CV–00–06059–AWI.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 9, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Former federal prisoner Kareem Nagib appeals pro se the denial of his 28 U.S.C. § 2241 habeas petition, challenging the loss of his early release eligibility. We dismiss this appeal as moot.

Nagib contends that the Bureau of Prisons ("BOP") applied a change to him retroactively, causing him to lose early release eligibility pursuant to 18 U.S.C. § 3621(e)(2)(B).

Because Nagib has since been released from custody, there is no habeas remedy available for this alleged injury. *See United States v. Johnson,* 529 U.S. 53, 58–60, 120 S.Ct. 1114, 146 L.Ed.2d 39 (2000) (holding that a former inmate's supervised release term may not be credited with undisputed excess time in prison). Without a live case or controversy, we do not reach the merits of Nagib's contention. *See Munoz v. Rowland,* 104 F.3d 1096, 1097 (9th Cir.1997).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.